In the Matter of the Claim of JOSEPH A. HORN et al., Respondents, against CURTISS-WRIGHT CORPORATION et al., Appellants.

WORKMEN'S COMPENSATION BOARD, Respondent.

Argued October 9, 1947; decided November 13, 1947.

*Clyde M. Williams* and *Frank C. Roberts* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum* and *Daniel Polansky* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.